081415.0014.54.00790982.001

Case 15-03416-5-SWH    Doc 11    Filed 08/24/15    Entered 08/24/15 14:13:47    Page 1 of 2

1503416.Court.278
15-03416-5-SWH

United States Bankruptcy Court
Eastern District of North Carolina Wilmington Division

|  |  |
|---|---|
| 1503416<br>STEVEN P. RICHARDS<br>PO BOX 2140<br>ATTORNEY AT LAW<br>WILMINGTON, NC 28402 | IN RE<br>RICHARD ERIK BERG<br>6231 MURRAYVILLE ROAD<br><br>WILMINGTON, NC 28411<br>              SSN or Tax I.D. XXX-XX-1175<br>-------------------------------<br>JENNIFER MARIE BERG<br>6231 MURRAYVILLE ROAD |
| United States Bankruptcy Court<br>PO Box 791<br>Raleigh, NC 27602 | WILMINGTON, NC 28411<br>              SSN or Tax I.D. XXX-XX-7382<br>Other Names Used: |

CLAIM NO:  -Court-A        Unit

## OBJECTION TO CONFIRMATION
## AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

FAILURE TO MAKE PLAN PAYMENTS.

It is requested that the Court enter an Order denying confirmation and dismissing the case, and

The debtor is hereby notified that unless the debtor(s) file(s) a written request for a hearing within twenty-one (21) days of this notice, the Court will summarily dismiss this case without further notice or hearing.

DATED:  August 14, 2015            /S/ Richard M. Stearns

                                             Richard M. Stearns
                                             Chapter 13 Trustee

| | | | |
|---|---|---|---|
| CASE: 1503416 | TRUSTEE: 54 | COURT: 278 | Page 1 of 1 |
| TASK: 08-13-2015.00790982.BLB014 | | DATED: 08/14/2015 | |

| | | | | |
|---|---|---|---|---|
| Court | | Served Electronically | | |
| Debtor | | RICHARD ERIK BERG | 6231 MURRAYVILLE ROAD WILMINGTON, NC 28411 | |
| Joint | | JENNIFER MARIE BERG | 6231 MURRAYVILLE ROAD WILMINGTON, NC 28411 | |
| 799 | 000002 | STEVEN P. RICHARDS ATTORNEY AT LAW | PO BOX 2140 WILMINGTON, NC 28402 | |

4 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 08/14/2015.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    08/14/2015    BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail