IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

In re
Berg, Richard & Jennifer                                           Case Number: 15-03416-5-SWH
Debtor(s)                                                                              Chapter 13

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

Debtor(s), by counsel, respond(s) as follows:

1.   The Debtor is delinquent as stated by the Trustee but requests that the Court sets a hearing on the matter.

WHEREFORE, Debtor prays for:

(1)   An order denying the requested relief; and

(2)   That the Court schedules a hearing on this matter.

                                                    Berg, Richard & Jennifer

                                                    /s/ Steven P. Richards
                                                    Steven P. Richards, Esquire

## CERTIFICATE

The undersign hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that this Response in the above captioned case was this day served upon the below named persons by either mailing, postage prepaid, first class mail, a copy of such instrument, or by serving such instrument electronically, as stated:

Richard M. Stearns
Chapter 13 Trustee
Via electronically

9-8-15                                                                    /s/ Steven P. Richards
                                                               Steven P. Richards, Esq. (NC BAR # 37747)
                                                               Attorney & Counselor at Law
                                                               P.O. Box 2140
                                                               Wilmington, NC 28401
                                                               910-763-3832